37109-1012814

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STUART MOTT and NANCY MOTT, his wife, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 4:23-cv-503 |
| ) | |
| v. ) | |
| ) | |
| ABB, INC, et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

NOW COMES the law firm of HEYL, ROYSTER, VOELKER & ALLEN, P.C., by Attorney Patrick D. Cloud, and hereby enters its appearance on behalf of RAYTHEON COMPANY.

**DEFENDANT DEMANDS TRIAL BY JURY**

*/s/ Patrick D. Cloud*
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Patrick D. Cloud, #57187MO
105 West Vandalia, Suite 100
Edwardsville, IL 62025
(618) 656-4646
pcloud@heylroyster.com
edwecf@heylroyster.com
*Attorneys for Defendant,*
*Raytheon Company*

37109-1012814

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of April, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that on this 20th day of April, 2023, counsel for Plaintiffs have been served with copies of this Proof of Filing and Service by first class mail and by transmitting a copy via e-mail to the following addresses:

    Tyler B. Wilke #67192
    Laci M. Whitley, #66675
    FLINT COOPER, LLC
    222 East Park Street, Suite 500
    P.O. Box 189
    Edwardsville, Illinois 62025
    Telephone: (618) 288-4777
    Facsimile: (618) 288-2864
    service@flintlaw.com

    /s/ Patrick D. Cloud
    HEYL, ROYSTER, VOELKER & ALLEN, P.C.