37109-1012814

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STUART MOTT and NANCY MOTT, his wife, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 4:23-cv-503 |
| ) | |
| v. ) | |
| ) | |
| ABB, INC, et al., ) | |
| ) | |
| Defendants. ) | |

## PROOF OF FILING AND SERVICE

In accordance with Local Rule 2.03, the undersigned counsel for Defendant RAYTHEON COMPANY, hereby certifies that on April 20, 2023, the Notice of Removal filed by RAYTHEON COMPANY (Dkt. 1) was filed with the Clerk of the Circuit Court, City of St. Louis, and was served upon counsel for Plaintiffs via first class mail and via email.

Dated:  April 20, 2023                    Respectfully submitted,

*/s/ Patrick D. Cloud*
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Patrick D. Cloud, #57187MO
105 West Vandalia, Suite 100
Edwardsville, IL 62025
(618) 656-4646
pcloud@heylroyster.com
***Attorneys for Defendant,***
***Raytheon Company***

37109-1012814

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of April, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that on this 20th day of April, 2023, counsel for Plaintiffs were served with copies of this Notice of Removal by first class mail and by transmitting a copy via e-mail to the following addresses:

    Tyler B. Wilke #67192
    Laci M. Whitley, #66675
    FLINT COOPER, LLC
    222 East Park Street, Suite 500
    P.O. Box 189
    Edwardsville, Illinois 62025
    Telephone: (618) 288-4777
    Facsimile: (618) 288-2864
    service@flintlaw.com


                                            */s/ Patrick D. Cloud*
                                  HEYL, ROYSTER, VOELKER & ALLEN, P.C.