37109-1012814

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STUART MOTT and NANCY MOTT, his wife, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 4:23-cv-503 |
| ) | |
| v. ) | |
| ) | |
| RAYTHEON COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING NOTICE OF REMOVAL TO PLAINTIFF

The undersigned counsel for Defendant RAYTHEON COMPANY, hereby certifies that on April 20, 2023, the Notice of Removal filed by Raytheon Company (Doc. 1) and the Notice of Filing Removal of Civil Action to United States District Court, which was filed with the Clerk of the Circuit Court, City of St. Louis were both served upon counsel for Plaintiffs via first class mail and via email.

Dated: April 21, 2023

Respectfully submitted,

*/s/ Patrick D. Cloud* _____
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Patrick D. Cloud, #57187MO
105 West Vandalia, Suite 100
Edwardsville, IL 62025
(618) 656-4646
pcloud@heylroyster.com
***Attorneys for Defendant,***
***Raytheon Company***

37109-1012814

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of April, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that on this 21st day of April, 2023, counsel for Plaintiffs were served with copies of this Notice of Filing Notice of Removal to Plaintiff by first class mail and by transmitting a copy via e-mail to the following addresses:

>Tyler B. Wilke #67192
>Laci M. Whitley, #66675
>FLINT COOPER, LLC
>222 East Park Street, Suite 500
>P.O. Box 189
>Edwardsville, Illinois 62025
>Telephone: (618) 288-4777
>Facsimile: (618) 288-2864
>service@flintlaw.com

>>*/s/ Patrick D. Cloud*
>>HEYL, ROYSTER, VOELKER & ALLEN, P.C.